# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DIDIER, BRIAN L  § Case No. 10-72591
     DIDIER, CANDACE L  §
    §
Debtor(s) RIZNER, CANDACE L  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 21, 2010.  The undersigned trustee was appointed on August 18, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $ 5,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 75.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 4,925.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/28/2010 and the deadline for filing governmental claims was 11/17/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2012         By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-72591  
**Case Name:** DIDIER, BRIAN L  
DIDIER, CANDACE L  
**Period Ending:** 02/20/12

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/21/10 (f)  
**§341(a) Meeting Date:** 07/12/10  
**Claims Bar Date:** 10/28/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence located at 1035 Misty Landing, Malta,I<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank account at Harris Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | normal complement of household goods and furnish<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | misc clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | wedding rings<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Pension<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Interest in family land trust<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | DA | 5,000.00 | FA |
| 9 | 2006 Buick Terraza with 60,000 miles on it<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | supplies used in joint debtor's daycare business<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Assets    Totals (Excluding unknown values) | $181,075.00 | $0.00 | | $5,000.00 | $0.00 |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-72591  
**Case Name:** DIDIER, BRIAN L  
DIDIER, CANDACE L  
**Period Ending:** 02/20/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/21/10 (f)  
**§341(a) Meeting Date:** 07/12/10  
**Claims Bar Date:** 10/28/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   February 20, 2012  (Actual)

Printed: 02/20/2012 11:12 AM    V.12.57

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72591  
**Case Name:** DIDIER, BRIAN L  
　　　　　　　DIDIER, CANDACE L  
**Taxpayer ID #:** **-***6022  
**Period Ending:** 02/20/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/11 | {8} | John and Nancy Didier | settlement in family trust | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| | | | ACCOUNT TOTALS | | 5,000.00 | 75.00 | $4,925.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 75.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$75.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******68-66** | 5,000.00 | 75.00 | 4,925.00 |
| | **$5,000.00** | **$75.00** | **$4,925.00** |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/20/2012 11:12 AM    V.12.57

Printed: 02/20/12 11:12 AM     **Claims Distribution Register**     Page: 1

**Case: 10-72591    DIDIER, BRIAN L**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/21/10 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 2,178.50 | 2,178.50 | 0.00 | 2,178.50 | 2,178.50 |
| | 05/21/10 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA<br>6833 STATLER DRIVE<br>ROCKFORD, IL 61108<br>&lt;3120-00   Attorney for Trustee Expenses (Trustee Firm)&gt; | 20.82 | 20.82 | 0.00 | 20.82 | 20.82 |
| | 05/21/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 1,250.00 | 1,250.00 | 0.00 | 1,250.00 | 1,250.00 |
| | | | **Total for Priority 200:    100% Paid** | **$3,449.32** | **$3,449.32** | **$0.00** | **$3,449.32** | **$3,449.32** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,449.32** | **$3,449.32** | **$0.00** | **$3,449.32** | **$3,449.32** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 08/09/10 | 610 | RCA Accounts Management<br>201 E. 3rd St.<br>Sterling, IL 61081-3611<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 285.47 | 285.47 | 0.00 | 285.47 | 23.40 |
| 2 | 08/13/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,121.76 | 1,121.76 | 0.00 | 1,121.76 | 91.96 |
| 3 | 08/13/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 616.67 | 616.67 | 0.00 | 616.67 | 50.55 |
| 4 | 08/23/10 | 610 | NCO PORTFOLIO MANAGEMENT<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 554.38 | 554.38 | 0.00 | 554.38 | 45.45 |
| 5 | 09/02/10 | 610 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,626.43 | 2,626.43 | 0.00 | 2,626.43 | 215.30 |

Printed: 02/20/12 11:12 AM

# Claims Distribution Register

Page: 2

### Case: 10-72591   DIDIER, BRIAN L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 09/07/10 | 610 | PYOD LLC its successors and assigns as assignee of<br>FNBM LLC,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 958.74 | 958.74 | 0.00 | 958.74 | 78.59 |
| 7 | 09/09/10 | 610 | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 1,413.73 | 1,413.73 | 0.00 | 1,413.73 | 115.89 |
| 8 | 10/18/10 | 610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 1,806.95 | 1,806.95 | 0.00 | 1,806.95 | 148.13 |
| 9 | 10/19/10 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 6,754.75 | 6,754.75 | 0.00 | 6,754.75 | 553.73 |
| 10 | 10/19/10 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 316.29 | 316.29 | 0.00 | 316.29 | 25.93 |
| 11 | 10/21/10 | 610 | Rockford Mercantile<br>2502 S Alpine Rd<br>Rockford, IL 61108<br><7100-00   General Unsecured § 726(a)(2)> | 1,112.00 | 1,112.00 | 0.00 | 1,112.00 | 91.16 |
| 12 | 10/22/10 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 285.23 | 285.23 | 0.00 | 285.23 | 23.38 |
| 13 | 10/22/10 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 148.98 | 148.98 | 0.00 | 148.98 | 12.21 |
| | | | **Total for Priority 610:    8.19759% Paid** | $18,001.38 | $18,001.38 | $0.00 | $18,001.38 | $1,475.68 |
| | | | **Total for Unsecured Claims:** | $18,001.38 | $18,001.38 | $0.00 | $18,001.38 | $1,475.68 |
| | | | **Total for Case :** | $21,450.70 | $21,450.70 | $0.00 | $21,450.70 | $4,925.00 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72591
Case Name: DIDIER, BRIAN L
Trustee Name: JAMES E. STEVENS

**Balance on hand:**  $           4,925.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $           0.00
Remaining balance:  $           4,925.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 2,178.50 | 0.00 | 2,178.50 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 20.82 | 0.00 | 20.82 |

Total to be paid for chapter 7 administration expenses:  $           3,449.32
Remaining balance:  $           1,475.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $           0.00
Remaining balance:  $           1,475.68

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 1,475.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,001.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RCA Accounts Management | 285.47 | 0.00 | 23.40 |
| 2 | Capital One Bank (USA), N.A. | 1,121.76 | 0.00 | 91.96 |
| 3 | Capital One Bank (USA), N.A. | 616.67 | 0.00 | 50.55 |
| 4 | NCO PORTFOLIO MANAGEMENT | 554.38 | 0.00 | 45.45 |
| 5 | Chase Bank USA, N.A. | 2,626.43 | 0.00 | 215.30 |
| 6 | PYOD LLC its successors and assigns as assignee of | 958.74 | 0.00 | 78.59 |
| 7 | 1st Financial Bank | 1,413.73 | 0.00 | 115.89 |
| 8 | LVNV Funding LLC | 1,806.95 | 0.00 | 148.13 |
| 9 | GE Money Bank | 6,754.75 | 0.00 | 553.73 |
| 10 | GE Money Bank | 316.29 | 0.00 | 25.93 |
| 11 | Rockford Mercantile | 1,112.00 | 0.00 | 91.16 |
| 12 | Capital Recovery IV LLC | 285.23 | 0.00 | 23.38 |
| 13 | Capital Recovery IV LLC | 148.98 | 0.00 | 12.21 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 1,475.68 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**