# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: DIDIER, BRIAN L | § | Case No. 10-72591 |
| DIDIER, CANDACE L | § | |
| | § | |
| Debtor(s) RIZNER, CANDACE L | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS                  , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  United States Bankruptcy Court
  211 South Court Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/11/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/20/2012          By:  /s/JAMES E. STEVENS
                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DIDIER, BRIAN L | § | Case No. 10-72591 |
|       DIDIER, CANDACE L | § | |
| | § | |
| Debtor(s) RIZNER, CANDACE L | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 4,925.00 |
| **Balance on hand:** | $ 4,925.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,925.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 2,178.50 | 0.00 | 2,178.50 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 20.82 | 0.00 | 20.82 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,449.32 |
| Remaining balance: | $ 1,475.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $    0.00
Remaining balance: $    1,475.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $    0.00
Remaining balance: $    1,475.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,001.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RCA Accounts Management | 285.47 | 0.00 | 23.40 |
| 2 | Capital One Bank (USA), N.A. | 1,121.76 | 0.00 | 91.96 |
| 3 | Capital One Bank (USA), N.A. | 616.67 | 0.00 | 50.55 |
| 4 | NCO PORTFOLIO MANAGEMENT | 554.38 | 0.00 | 45.45 |
| 5 | Chase Bank USA, N.A. | 2,626.43 | 0.00 | 215.30 |
| 6 | PYOD LLC its successors and assigns as assignee of | 958.74 | 0.00 | 78.59 |
| 7 | 1st Financial Bank | 1,413.73 | 0.00 | 115.89 |
| 8 | LVNV Funding LLC | 1,806.95 | 0.00 | 148.13 |
| 9 | GE Money Bank | 6,754.75 | 0.00 | 553.73 |
| 10 | GE Money Bank | 316.29 | 0.00 | 25.93 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Rockford Mercantile | 1,112.00 | 0.00 | 91.16 |
| 12 | Capital Recovery IV LLC | 285.23 | 0.00 | 23.38 |
| 13 | Capital Recovery IV LLC | 148.98 | 0.00 | 12.21 |

Total to be paid for timely general unsecured claims: $ 1,475.68
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
                           Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 10-72591-MB
Brian L Didier                                                           Chapter 7
Candace L Didier
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3                 Date Rcvd: Feb 28, 2012
                              Form ID: pdf006             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2012.
db/jdb         +Brian L Didier,    Candace L Didier,    1035 Misty Landing Court,    Malta, IL 60150-2004
16113858       +1st Financial Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
15607376       +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-8542
15607373       +Acct Rcv Svc,    5183 Harlem Rd Ste,    Loves Park, IL 61111-3448
15607375       +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
15607377        Ben Gordon Center,    12 Health Services Drive,    Sycamore, IL 60178
15607378      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
15607379       +CEP America-Illinois P.C.,    P.O. Box 582663,    Modesto, CA 95358-0070
15607380       +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16087074       +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
15607381       +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
15607382       +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
15607383        Fox Valley Laboratory Physicians,    P.O. Box 5133,    Chicago, IL 60680-5133
15607387        Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
15607388       +Horizon Financial Management,    832 Lacas St.,    Dekalb, IL 60115-4402
15607389       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15607390       +Kishwaukee Medical Associates,    954 West State St.,    Sycamore, IL 60178-1335
15607392       +Mastercard,    Payment Center,    P.O. Box 17313,    Baltimore, MD 21297-1313
15607393       +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6912
15607394       +Mrsi,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
16029245        NCO PORTFOLIO MANAGEMENT,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15607396       +Orchard Bank Mastercard,    HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
15607397       +Orchard Bank Visa,    HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
15607398       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
15607399       +Prairie Health Care Ltd.,    954 W. State St.,    Sycamore, IL 60178-1335
15607400       +Progressive Financial Services, Inc,    P.O. Box 41309,    Nashville, TN 37204-1309
15607401        RCA Accounts Management,    201 E. 3rd St.,    Sterling, IL 61081-3611
15607402       +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
15607403       +Sherman Hopsital,    934 Center Street,    Elgin, IL 60120-2125
15607404       +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15607372       +E-mail/Text: BankruptcyNotice@1FBUSA.com Feb 29 2012 03:36:31     1st Financial Bk Usa,
                 363 W Anchor Dr,    Dakota Dunes, SD 57049-5154
15607374       +E-mail/PDF: recoverybankruptcy@afninet.com Feb 29 2012 04:11:34     Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
15993934        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2012 04:11:16     Capital One Bank (USA), N.A.,
                 by American Infosource Lp As Agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
16313705        E-mail/PDF: rmscedi@recoverycorp.com Feb 29 2012 04:14:41     Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16293536        E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2012 04:14:40     GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15607384       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2012 04:14:40     Gemb/Jcp,   Po Box 984100,
                 El Paso, TX 79998-4100
15607385       +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2012 04:14:01     Gemb/Sams Club Dc,   Po Box 981400,
                 El Paso, TX 79998-1400
15607386       +E-mail/Text: bankruptcy@hraccounts.com Feb 29 2012 02:57:03     H & R Accounts Inc,
                 7017 John Deere Pkwy,    Moline, IL 61265-8072
15607391       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 29 2012 02:57:04     Kohls/Chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16286261        E-mail/Text: resurgentbknotifications@resurgent.com Feb 29 2012 02:56:22     LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15607395       +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 29 2012 04:39:55
                 NCO Financial Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
16098896       +E-mail/Text: resurgentbknotifications@resurgent.com Feb 29 2012 02:56:22
                 PYOD LLC its successors and assigns as assignee of,    FNBM LLC,   c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: lorsmith            Page 2 of 3            Date Rcvd: Feb 28, 2012
                              Form ID: pdf006           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith            Page 3 of 3             Date Rcvd: Feb 28, 2012
                              Form ID: pdf006           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2012 at the address(es) listed below:

```
              James E Stevens    on behalf of Trustee James Stevens jstevens@bslbv.com,   IL48@ecfcbis.com
              James E Stevens    jimstevens@bslbv.com,    IL48@ecfcbis.com
              K. O. Johnson    on behalf of Debtor Brian Didier office60115@aol.com,   johnsonkoj@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```