**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: DIDIER, BRIAN L § Case No. 10-72591
      DIDIER, CANDACE L §
     §
Debtor(s) RIZNER, CANDACE L §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $181,075.00           Assets Exempt: $22,875.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,475.68     Claims Discharged
                                                Without Payment: $45,387.29

Total Expenses of Administration: $3,524.32

---

    3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 10-72591    Doc 36    Filed 05/29/12    Entered 05/29/12 15:19:07    Desc Main
                        Document      Page 2 of 9

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $220,253.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,524.32 | 3,524.32 | 3,524.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,985.06 | 18,001.38 | 18,001.38 | 1,475.68 |
| **TOTAL DISBURSEMENTS** | $264,238.06 | $21,525.70 | $21,525.70 | $5,000.00 |

4) This case was originally filed under Chapter 7 on May 21, 2010. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2012          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in family land trust | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 13,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage/Cc 5 | 4110-000 | 206,679.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$220,253.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 2,178.50 | 2,178.50 | 2,178.50 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3120-000 | N/A | 20.82 | 20.82 | 20.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,524.32 | $3,524.32 | $3,524.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RCA Accounts Management | 7100-000 | 567.34 | 285.47 | 285.47 | 23.40 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,441.77 | 1,121.76 | 1,121.76 | 91.96 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 517.00 | 616.67 | 616.67 | 50.55 |
| 4 | NCO PORTFOLIO MANAGEMENT | 7100-000 | N/A | 554.38 | 554.38 | 45.45 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 2,476.00 | 2,626.43 | 2,626.43 | 215.30 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 958.74 | 958.74 | 78.59 |
| 7 | 1st Financial Bank | 7100-000 | 1,829.63 | 1,413.73 | 1,413.73 | 115.89 |
| 8 | LVNV Funding LLC | 7100-000 | N/A | 1,806.95 | 1,806.95 | 148.13 |
| 9 | GE Money Bank | 7100-000 | 6,627.00 | 6,754.75 | 6,754.75 | 553.73 |
| 10 | GE Money Bank | 7100-000 | 237.00 | 316.29 | 316.29 | 25.93 |
| 11 | Rockford Mercantile | 7100-000 | 1,002.00 | 1,112.00 | 1,112.00 | 91.16 |
| 12 | Capital Recovery IV LLC | 7100-000 | 276.73 | 285.23 | 285.23 | 23.38 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Capital Recovery IV LLC | 7100-000 | 149.00 | 148.98 | 148.98 | 12.21 |
| NOTFILED | Hsbc Bank | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 4,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 394.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Financial Management | 7100-000 | 297.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,173.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Financial Management | 7100-000 | 1,054.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank Mastercard HSBC Card Services | 7100-000 | 1,173.17 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 6,474.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 461.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hopsital | 7100-000 | 213.34 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Mastercard Payment Center | 7100-000 | 4,569.85 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Medical Associates | 7100-000 | 282.30 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Laboratory Physicians | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| NOTFILED | Ben Gordon Center | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 839.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit, LLC | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | CEP America-Illinois P.C. | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 1,099.93 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| NOTFILED | Acct Rcv Svc | 7100-000 | 792.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Financial Bk Usa | 7100-000 | 1,413.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 2,023.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$43,985.06** | **$18,001.38** | **$18,001.38** | **$1,475.68** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72591  
**Case Name:** DIDIER, BRIAN L  
DIDIER, CANDACE L  
**Period Ending:** 05/16/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/21/10 (f)  
**§341(a) Meeting Date:** 07/12/10  
**Claims Bar Date:** 10/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  residence located at 1035 Misty Landing, Malta,I<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2  cash on hand<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 3  Bank account at Harris Bank<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 4  normal complement of household goods and furnish<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5  misc clothing<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6  wedding rings<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7  Pension<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 8  Interest in family land trust<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | Unknown | Unknown |  | 5,000.00 | FA |
| 9  2006 Buick Terraza with 60,000 miles on it<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10  supplies used in joint debtor's daycare business<br>    Orig. Asset Memo: Imported from original petition  Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| **10  Assets    Totals** (Excluding unknown values) | **$181,075.00** | **$0.00** |  | **$5,000.00** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72591
**Case Name:** DIDIER, BRIAN L
DIDIER, CANDACE L
**Period Ending:** 05/16/12

**Trustee:** (330420)   JAMES E. STEVENS
**Filed (f) or Converted (c):** 05/21/10 (f)
**§341(a) Meeting Date:** 07/12/10
**Claims Bar Date:** 10/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011       **Current Projected Date Of Final Report (TFR):**   February 20, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72591  
**Case Name:** DIDIER, BRIAN L  
DIDIER, CANDACE L  
**Taxpayer ID #:** **-***6022  
**Period Ending:** 05/16/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/11 | {8} | John and Nancy Didier | settlement in family trust | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| 04/12/12 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $2,178.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,178.50 | 2,746.50 |
| 04/12/12 | 102 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $20.82, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 20.82 | 2,725.68 |
| 04/12/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 1,475.68 |
| 04/12/12 | 104 | RCA Accounts Management | Dividend paid 8.19% on $285.47; Claim# 1; Filed: $285.47; Reference: | 7100-000 | | 23.40 | 1,452.28 |
| 04/12/12 | 105 | Capital One Bank (USA), N.A. | Dividend paid 8.19% on $1,121.76; Claim# 2; Filed: $1,121.76; Reference: | 7100-000 | | 91.96 | 1,360.32 |
| 04/12/12 | 106 | Capital One Bank (USA), N.A. | Dividend paid 8.19% on $616.67; Claim# 3; Filed: $616.67; Reference: | 7100-000 | | 50.55 | 1,309.77 |
| 04/12/12 | 107 | NCO PORTFOLIO MANAGEMENT | Dividend paid 8.19% on $554.38; Claim# 4; Filed: $554.38; Reference: | 7100-000 | | 45.45 | 1,264.32 |
| 04/12/12 | 108 | Chase Bank USA, N.A. | Dividend paid 8.19% on $2,626.43; Claim# 5; Filed: $2,626.43; Reference: | 7100-000 | | 215.30 | 1,049.02 |
| 04/12/12 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.19% on $958.74; Claim# 6; Filed: $958.74; Reference: | 7100-000 | | 78.59 | 970.43 |
| 04/12/12 | 110 | 1st Financial Bank | Dividend paid 8.19% on $1,413.73; Claim# 7; Filed: $1,413.73; Reference: | 7100-000 | | 115.89 | 854.54 |
| 04/12/12 | 111 | LVNV Funding LLC | Dividend paid 8.19% on $1,806.95; Claim# 8; Filed: $1,806.95; Reference: | 7100-000 | | 148.13 | 706.41 |
| 04/12/12 | 112 | GE Money Bank | Dividend paid 8.19% on $6,754.75; Claim# 9; Filed: $6,754.75; Reference: | 7100-000 | | 553.73 | 152.68 |
| 04/12/12 | 113 | GE Money Bank | Dividend paid 8.19% on $316.29; Claim# 10; Filed: $316.29; Reference: | 7100-000 | | 25.93 | 126.75 |
| 04/12/12 | 114 | Rockford Mercantile | Dividend paid 8.19% on $1,112.00; Claim# 11; Filed: $1,112.00; Reference: | 7100-000 | | 91.16 | 35.59 |
| 04/12/12 | 115 | Capital Recovery IV LLC | Dividend paid 8.19% on $285.23; Claim# 12; Filed: $285.23; Reference: | 7100-000 | | 23.38 | 12.21 |
| 04/12/12 | 116 | Capital Recovery IV LLC | Dividend paid 8.19% on $148.98; Claim# 13; Filed: $148.98; Reference: | 7100-000 | | 12.21 | 0.00 |

Subtotals :    $5,000.00    $5,000.00

{} Asset reference(s)    Printed: 05/16/2012 01:45 PM    V.13.02


Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-72591  
**Case Name:** DIDIER, BRIAN L  
DIDIER, CANDACE L  
**Taxpayer ID #:** **-***6022  
**Period Ending:** 05/16/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $5,000.00 | $5,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******68-66** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)

Printed: 05/16/2012 01:45 PM    V.13.02